UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLENN ARNOLD,

        Petitioner,

                                              CASE NO. 15-cv-13425

v.                                     HONORABLE MARK A. GOLDSMITH

DUNCAN MACLAREN,

        Respondent.
_____/

## OPINION AND ORDER
## GRANTING PETITIONER'S MOTION TO DISMISS (Dkt. 11), DISMISSING THE PETITION FOR A WRIT OF HABEAS CORPUS WITHOUT PREJUDICE, AND DENYING A CERTIFICATE OF APPEALABILITY

This is a habeas case brought pursuant to 28 U.S.C. § 2254. This matter is before the Court on Petitioner's motion to voluntarily dismiss his pending petition for a writ of habeas corpus (Dkt. 11), so that he may return to the state courts and pursue further challenges to his state criminal proceedings. The Court previously denied Petitioner's motion to stay the proceedings and hold this case in abeyance. See 12/08/2015 Order (Dkt. 10). Given that Petitioner seeks to exhaust additional issues in the state courts, and given that he has sufficient time to do so within the one-year statute of limitations applicable to federal habeas actions, dismissal of the present petition is appropriate.

Accordingly, the Court grants Petitioner's motion and dismisses the petition for a writ of habeas corpus without prejudice. Additionally, the Court denies a certificate of appealability, as reasonable jurists could not debate the correctness of the Court's procedural ruling. See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b); Slack v. McDaniel, 529 U.S. 473, 484-85 (2000). This case is closed. Should Petitioner wish to seek federal habeas relief following the exhaustion of

state-court remedies, he must file a new habeas petition in federal court within the time remaining on the one-year period of limitations.

SO ORDERED.

Dated: January 8, 2016　　　　　　　　　　　s/Mark A. Goldsmith
　　　　Detroit, Michigan　　　　　　　　　　MARK A. GOLDSMITH
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 8, 2016.

　　　　　　　　　　　　　　　　　　　　　　s/Karri Sandusky
　　　　　　　　　　　　　　　　　　　　　　Case Manager